An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TROY O'NEIL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61377

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of driving under the influence. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Appellant Victor Troy O'Neil contends that the district court abused its discretion at sentencing by imposing the maximum sentence. We disagree. O'Neil's sentence of 72-180 months in prison is within the statutory limits, see NRS 484C.410(1)(a), and he does not assert that the district court relied on "impalpable and highly suspect evidence," Denson v. State, 112 Nev. 489, 492, 915 P.2d 284, 286 (1996). O'Neil's claim that the district court did not articulate any basis for the sentence is belied by the record. To the extent he contends that the district court erred by not inquiring into the basis for the Division of Parole and Probation's recommended sentence, we decline to consider this contention because it is not supported by cogent argument or citation to authority. See Maresca v.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07697

<u>State</u>, 103 Nev. 669, 673, 748 P.2d 3, 6 (1987). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Scott N. Freeman, District Judge
     Washoe County Public Defender
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk